**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00642-CV

---

## CLEARCORRECT, INC., CLEARCORRECT HOLDINGS, INC., AND STRAUMANN MANUFACTURING, INC., Appellants

### V.

### ZANE RUSSELL, Appellee

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2017-62387**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 19, 2019. On December 30, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.